1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2729

5  Attorneys for Defendants

6

7              IN THE UNITED STATES DISTRICT COURT FOR THE
                     EASTERN DISTRICT OF CALIFORNIA
8

9  ZABIULLAH LIAH NASIRI,              )        No. 09-cv-S-2819 WBS GGH
                                       )
10                                     )        JOINT STIPULATION AND [~~PROPOSED~~]
                                       )        ORDER RE: DISMISSAL.
11        Plaintiff,                   )
                                       )
11    v.                               )
                                       )
12                                     )
   Janet Napolitano, Secretary of Homeland  )
13  Security, et al.                   )
                                       )
14        Defendants.                  )

15

16     This is an immigration case in which the plaintiff challenged the delay in the adjudication of

17  his application for naturalization by United States Citizenship and Immigration Services.  Since

    the filing of this lawsuit, the application has been adjudicated.  Accordingly, the parties stipulate
18
    to dismissal of the action as moot.
19
    ///
20  DATED: Feb. 11, 2010               Respectfully submitted,
                                       BENJAMIN B. WAGNER
21                                     United States Attorney

22                                     _/s/ Audrey B. Hemesath_____
                                       Audrey B. Hemesath
23                                     Assistant U.S. Attorney

24
                                       /s/ Joseph John Siguenza
25                                     Joseph John Siguenza
                                       Attorney for the Plaintiff
26

27

28

                                       -1-

1

<u>ORDER</u>

2     Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY

3 ORDERED that the matter is dismissed.

4     IT IS SO ORDERED.

5 DATED:  March 2, 2010

6

7

_____
WILLIAM B. SHUBB
8 UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28